| | |
|---|---|
| Ann M. Alexander, Esq.<br>Nevada Bar No. 7256<br>ERICKSON, THORPE & SWAINSTON, LTD.<br>99 West Arroyo Street<br>Reno, Nevada 89509<br>Telephone: (775)786-3930<br>Facsimile: (775)786-4160<br>**Attorney for Defendants** | William F. Heckman, Esq.<br>Nevada Bar No. 3072<br>LAW OFFICES OF<br>WILLIAM F. HECKMAN, APC<br>212 East Washington Street<br>Carson City, Nevada 89701<br>Telephone: (775)841-5888<br>Facsimile: (775)841-4495<br>**Attorney for Plaintiffs** |
| Peter D. Durney, Esq.<br>Nevada Bar No. 57<br>DURNEY & BRENNAN, LTD.<br>6900 South McCarran Blvd. Ste. 2060<br>Reno, Nevada 89509<br>Telephone: (775)322-2923<br>Facsimile: (775)322-3014<br>**Attorney for Plaintiffs** | Todd Boley, Esq.<br>California Bar No. 64119<br>LAW OFFICES OF TODD BOLEY<br>381 Mariner Sq. Dr., Suite 280<br>Alameda, California 94501<br>Telephone: (510)836-4500<br>Facsimile: (510)649-5170<br>**Attorney for Plaintiffs** |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAMES CURREY, SR., J.C., a minor by and through his guardian ad litem JAMES CURREY; EMERIO RIVERA, AMALIA RIVERA, J.R.R.C., a minor by and through his guardian ad litem DENISE RIVERA; ROBERT PITTS, REBECCA PITTS, and K.B.P., a minor by and through her guardian ad litem, REBECCA PITTS,

Plaintiffs,

vs.

CARSON CITY SCHOOL DISTRICT; LEE CONLEY; SUSAN MOULDEN; JAN ALBERTSON; VALENTINA MIDBOE; JENNIFER PALMER; TRAVIS LEE; CARLI BIANCHI and DOES 1-30;

Defendants.

Case No. 3:17-CV-00386-WGC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

The parties to the above-entitled action by and through their counsel of record hereby stipulate that Case No. 3:17-cv-00386-WGC is hereby dismissed in its entirety with prejudice

-1-

pursuant to FRCP 41.

DATED this 17th day of January, 2019.

By: /s/ Ann M. Alexander
Ann M. Alexander, Esq.
Nevada Bar No. 7256
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
Reno, Nevada 89509
Telephone: (775)786-3930
Facsimile: (775)786-4160
**Attorney for Defendants**

By: /s/ William F. Heckman
William F. Heckman, Esq.
Nevada Bar No. 3072
LAW OFFICES OF
WILLIAM F. HECKMAN, APC
212 East Washington Street
Carson City, Nevada 89701
Telephone: (775)841-5888
Facsimile: (775)841-4495
**Attorney for Plaintiffs**

By: /s/ Peter D. Durney
Peter D. Durney, Esq.
Nevada Bar No. 57
DURNEY & BRENNAN, LTD.
6900 South McCarran Blvd. Ste. 2060
Reno, Nevada 89509
Telephone: (775)322-2923
Facsimile: (775)322-3014
**Attorney for Plaintiffs**

By: /s/ Todd Boley
Todd Boley, Esq.
California Bar No. 64119
LAW OFFICES OF TODD BOLEY
2381 Mariner Sq. Dr., Suite 280
Alameda, California 94501
Telephone: (510)836-4500
Facsimile: (510)649-5170
**Attorney for Plaintiffs**

## <u>ORDER</u>

Good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to stipulation of the parties, Case No. 3:17-CV-00386-WGC is hereby dismissed in its entirety with prejudice.

DATED: January 30, 2019.

_____
**U.S. MAGISTRATE JUDGE**